IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

BILLIE JO LORNTZEN,               )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   Case No.: 03-2405-CM
                                  )
SWIFT TRANSPORTATION CO., INC.,   )
                                  )
    Defendant.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

COMES NOW the Plaintiff, Billie Jo Lorntzen, by and through her counsel of record, and pursuant to Federal Rule of Civil Procedure 6(b), and D.Kan. Rule 6.1(a), moves the Court for an extension of time to respond to Defendant's Motion to Compel Arbitration. In support of her Motion, the plaintiff states as follows:

1. On August 8, 2003, Ms. Lorntzen filed her Complaint against the Defendant Swift Transportation Co., Inc. ("Swift"), alleging violations of Title VII of the Civil Rights Act of 1964.

2. On September 16, 2003, Defendant Swift filed its Answer to Ms. Lorntzen's Complaint.

3. On the following day, Defendant filed a Motion to Compel Arbitration. (Doc. #. 8). During the following week, the undersigned counsel was contacted by Ms. Lorntzen regarding potential representation. On September 27, 2003, after investigating the facts, and reviewing the available documents, Mr. Buchanan entered his appearance on behalf of Ms. Lorntzen.

4. The undersigned counsel has recently met with Ms. Lorntzen to obtain additional information and documents, and conducted legal research regarding Defendant's Motion to Compel Arbitration. In addition, counsel is in the process of obtaining the file of the Equal Opportunity Commission pertaining to Mr. Lorntzen's charge of discrimination.

5. Pursuant to D.Kan. Rule 6.1(e)(1), Ms. Lorntzen's response to Defendant's Motion is due within 14 days, or by Wednesday, October 1, 2003.

6. Ms. Lorntzen will be unable to complete her response within the allotted deadline, for the reasons stated above. In particular, Plaintiff's counsel needs additional time to conduct legal research as well as review additional documents gathered by the EEOC.

7. For this reason, Mr. Lorntzen requests an extension of time through and including Wednesday, October 8, 2003, to complete Plaintiff's Response to the Defendant's Motion.

8. This Motion is not interposed for any improper purpose, but solely to allow Plaintiff's counsel sufficient time in which to respond to the Defendant's Motion.

WHEREFORE, Plaintiff requests the Court to enter an Order granted an extension of time through and including Wednesday, October 8, 2003, to respond to the Defendant's Motion.

Respectfully submitted,

SANDERS, SIMPSON, FLETCHER, & SMITH, L.C.

By:_____
Mark A. Buchanan, Ks. Bar. # 13110
1125 Grand Boulevard, Suite 1400
Kansas City, MO 64106
(816) 471-6444
(816) 471-6664 (FAX)

Attorneys for Plaintiff Billie Jo Lorntzen

2