# DRIVER FILE CHECKLIST

**FILE JACKET - LEFT SIDE:**                                     INITIAL WHEN COMPLETED

1. Social Security Card or Birth Certificate
2. Alien Registration Card (both sides)
3. Copy of Driver's License (both sides)
4. Driver's Off Duty / Manual Air Brake Card
5. DOT Medical Card
6. Notice to Driver & Certificate of Compliance
7. DAC / MVR Driver Printout
8. Driver's Yearly Certificate of Violations and Annual Report
9. DOT Physical Form
10. Health Screen
11. DAC Applicant, Employee & Disclosure and Release
12. Controlled Substances, Alcohol Use & Testing Receipt
13. Consent for Toxicological Testing
14. Drug Test Result
15. Past Employment Verification
16. Request for Employment Information
17. Employment Eligibility Form (I-9)
18. Pre-Employment Questionnaire Receipt
19. Acknowledge & Agreement - Receipt for Manual
20. Flatbed Tie Down Handbook Receipt (If applicable)
21. High Value Load Policy Receipt
22. Trainer Preference / Objection Form
23. Sexual Harassment Training Receipt

**FILE JACKET - RIGHT SIDE:**

24. Company Driver Orientation Sign Off Form
25. Clean Fleet Certificate / Hazmat Certificate
26. Fuel Card
27. Motor Fleet Checklist / Statement / File Status
28. DOT / Swift Daily Log Rules & Regulations
29. Application for Employment / Attached Photograph of Driver
30. School Certificate and Grade Sheet (when applicable)
31. Driver New Hire Form
    Personnel Action Form
32. W-4
33. School Contract
34. Driver Adjustment Form
35. Driver Time Work Statement (7 day prior)
36. Swift Road Test
37. DOT Hazmat Written Test
38. Signed off job description

## APPRENTICE DRIVER

Trainee Weekly Reports
Trainee Final Sign Off Report
Comdata Successful Driving Educational Series Tests
Final Supervisory Road Test

DRIVER'S NAME _____

DRIVER'S CODE _____ SS# _____

FILE COMPLETED BY: _____

C-232                                                                                         5/15/01