

## PERFORMANCE          EVALUATION

| Name | Billie Jo Lowntzen | Current Assignment Recruiting / Compliance |
| --- | --- | --- |
| Date of Evaluation | 10/18/99 | Type of Evaluation Annual |

### BASIC ASSESSMENT FACTORS:

|  | *Exceeds Expectations* | *Meets Expectations* | *Does Not Meet Expectations* |
| --- | --- | --- | --- |
| 1. Technical Business Skills Assessment |  | X |  |

- ➢ Systems skills
- ➢ Understands work processes
- ➢ Identifies / Solves problems related to business responsibilities

Examples / Comments:

Good with drivers. Understands compliance issues well.

| 2. Personal Behavior Expectations |  | X |  |
| --- | --- | --- | --- |

FOR THE RECORD REGARDING SICK TIME FIRST THE COMPANY GIVE US 5SICK DAY A YEAR I STILL AFTER
THE TIME I HAVE TAKING HAVE 24 REM

- ➢ Reliability
- ➢ Ownership
- ➢ Appearance
- ➢ Teamwork / works well with others

Examples / Comments:

Takes ownership over compliance issues
Could use improvement on attendance
specifically sick time.

### 3. Basic Business Impact

- ➢ Promotes cooperation
- ➢ Can be counted on to meet commitments
- ➢ Strives for quality work
- ➢ Positively impacts the team
- ➢ Consistently delivers high quality results

Examples / Comments:

|  |  | X | X |
| --- | --- | --- | --- |

Billie strives to provide quality
work. Needs improvement
timelyness of driver files.

*SWIFT*

| | Exceeds Expectations | Meets Expectations | Does Not Meet Expectations |
|---|---|---|---|

## 4. Leadership

Meets Expectations: X

- ➤ Actions and behaviors embody Swift values and standards
- ➤ Positively enrolls others to achieve business needs and results
- ➤ Provides ongoing coaching and feedback, focuses on developing others to achieve
- ➤ Develops solutions consistent with existing strategies and guidelines
- ➤ Takes the opportunities and associated risks to move the work group and business ahead

Examples / Comments:

## 5. Communicating

Meets Expectations: X

- ➤ Expresses self clearly and concisely, both orally and in writing
- ➤ Listens and comprehends well -- even to criticism
- ➤ Presents ideas persuasively
- ➤ Assures appropriate people are informed
- ➤ Works effectively across boundaries

Examples / Comments:

Excel's at keeping others informed. Expresses self concisely. Have seen some improvement working across boundaries mainly payroll. However, need to continue to place focus on this area.

## DEVELOPMENT FACTORS

*Strength areas:* Good working knowledge of compliance. Takes personal ownership over her area.

*Development and growth areas:* Improve timeliness of driver files. Focus on Attendance.

## PERFORMANCE EVALUATION REVIEW

*COMMENTS:*

| Employee | Date |
|---|---|
| | Evaluator |