```
                       Print Key Output                              Page    1
    5769SS1 V4R4M0 990521              STCI            11/10/99   08:35:12

    Display Device  . . . . . :   EA7209A7A3
    User  . . . . . . . . . . :   LAKEB

                         Display Messages
                                                 System:    STCI
Queue . . . . . :   EA7209A7A3            Program . . . . :    *DSPMSG
  Library . . . :     QSYS                  Library . . . :
Severity  . . . :     00                  Delivery  . . . :    *NOTIFY

Type reply (if required), press Enter.
   From  . . . :   HINDL          11/10/99   08:34:53
    Shane, I would like you to know that Billy Jo does an exceptional job on
      the driver files.  The files coming from your terminal are far superior
      to almost every other outside terminal location.  Billy Jo's files take
      far less time to go through and are more complete than almost all other
      files.  She is certainly an asset to our compliance department and we
      appreciate the cooperation and efficiency when we call her for help.
      Thank you.




                                                                       Bottom
F3=Exit                F11=Remove a message              F12=Cancel
F13=Remove all         F16=Remove all except unanswered  F24=More keys
```