# EMPLOYMENT POLICIES

**About This Handbook**

This Non-Driver Handbook contains information about the employment policies and practices of Swift Transportation Co., Inc. (hereinafter referred to as "Swift" or the "Company"). We expect each employee to read this handbook carefully as it is a valuable reference for understanding your job and this Company. All previously issued handbooks and any inconsistent policy statements — oral or written — are superseded.

Except for the employment at-will policy, Swift reserves the right to revise, delete or add to any and all policies, procedures, work rules or benefits stated in this handbook. All such revisions, deletions or additions must be in writing and must be signed by the Chief Executive Officer of the Company. No oral statements or representations can change or alter the provisions of this handbook.

Nothing in this Non-Driver Handbook (with the exception of the employment at-will policy and the Alternative Dispute Resolution policy), or in any other personnel document, including benefit plan descriptions, creates, or is intended to create a contract, promise or representation of continued employment for any employee. No Supervisor or Manager has any authority to enter into a contract of employment — express or implied — with any employee. Only the Chief Executive Officer of the Company has the authority to enter into an employment agreement, and then only in writing. Any binding commitments regarding your employment being anything other than at-will must be in writing and signed by the Chief Executive Officer of the Company.

Not all Company policies and procedures are set forth in this handbook. We have summarized only some of the more important ones. If you have any questions or concerns about this handbook or any other policy or procedure, please ask your Supervisor.

**Employment At Swift Is At-Will**

Employment at Swift is **at-will**. This means that employment may be terminated for any reason, with or without cause or notice, at any time by you or Swift. Nothing in this handbook or in any other document or oral statement shall limit the right to terminate employment at-will.

This policy of at-will employment may be revised, deleted or superseded only by a written employment agreement signed by the Chief Executive Officer, which expressly revises, modifies, deletes or supersedes the policy of at-will employment. Unless your employment is covered by such a written employment agreement signed by the Chief Executive Officer, this policy of at-will employment and the Alternative Dispute Resolution policy are the sole and entire agreements between you and the Company as to the duration of employment and the circumstances under which employment may be terminated and the circumstances under which major employment disputes may be resolved.

With the exception of employment at-will and the Alternative Dispute Resolution Program, terms and conditions of employment with Swift may be modified at the sole discretion of Swift with or without cause or notice at any time. No implied contract concerning any employment related decision or term or condition of employment can be established by any other statement, conduct, policy or practice.



Examples of the types of terms and conditions of employment that are within the sole discretion of Swift include, but are not limited to, the following: promotions; demotions; transfers; hiring decisions; compensation; benefits; qualifications; discipline; layoffs or recalls; rules; hours and schedules; work assignments; job duties and responsibilities; production standards; subcontracting; reduction, cessation, or expansion of operations; sale, relocation, merger, or consolidation of operations; determinations concerning the use of equipment, methods, or facilities; or any other terms and conditions.

**Equal Employment Practices**

The Company is an equal opportunity employer and makes employment decisions on the basis of merit. In accordance with applicable law, the Company prohibits discrimination based on race, color, religion, creed, sex, age, national origin or ancestry, disability, veteran status or any other consideration protected by applicable federal, state or local laws. All such discrimination is unlawful. The Company's commitment to equal opportunity employment applies to all persons involved in the operations of the Company and prohibits unlawful discrimination by any employee of the Company, including Supervisors and co-workers.

To comply with applicable laws ensuring equal employment opportunities to qualified individuals with disabilities, the Company will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an employee unless undue hardship would result. Any applicant or employee who requires an accommodation in order to perform the essential functions of the job should contact a Human Resources representative and request such an accommodation. The individual with the disability should specify what accommodation he or she needs to perform the job. If the accommodation is reasonable and will not impose an undue hardship, the Company will make the accommodation. The Company may also propose an alternative accommodation(s).

If you believe you have been subjected to any form of unlawful discrimination, or if you are aware of an incident of discrimination involving another employee, please provide a written or verbal report as soon as possible to a Human Resources representative or your Supervisor. Supervisors learning of, or observing, conduct that may constitute unlawful discrimination will immediately advise a Human Resources representative. Any Supervisor who fails to report discrimination will be subject to discipline. The report should be specific and should include the names of the individuals involved and the names of any witnesses. The Company will immediately undertake an effective, thorough and objective investigation and attempt to resolve the situation. The investigation will be completed and a determination made and communicated to you as soon as practical. The Company will endeavor to protect the privacy and confidentiality of all parties involved to the fullest extent possible consistent with a thorough investigation.

Applicable law also prohibits retaliation against any employee by another employee or by the Company for reporting, filing, testifying, assisting or participating in any manner in any investigation, proceeding or hearing conducted by the Company or a federal or state enforcement agency. Please report any retaliation as soon as possible to a Human Resources representative or your Supervisor. Supervisors learning of, or observing, conduct which may constitute retaliation, will immediately advise a Human